In the Matter of the Accounting of AGNES K. MULLIGAN, as Executrix of JOHN HARTMANN, Deceased, Appellant.

MARY K. HARTMANN, Respondent.

*Matter of Mulligan,* 165 App. Div. 912, affirmed.
(Argued November 16, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1914, which affirmed a decree of the New York County Surrogate's Court surcharging the accounts of Agnes K. Mulligan as executrix of John Hartmann, deceased.

*Albert Massey* and *William G. Mulligan* for appellant.

*Gilbert D. Lamb* and *James W. Osborne* for respondent.

Order affirmed, with costs against the executrix personally; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ. Not sitting: HISCOCK, J.